IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**ANTHONY ALLEN WOOD,** et al.            **PLAINTIFFS**

**VS.**            **Case No. 05-CV-1011**

**TERIS, LLC**            **DEFENDANT**

## ORDER

Before the Court is Plaintiff's Motion to Stay Discovery pending ruling on Motion for Class Certification. (Doc. 15). Upon consideration, the Court finds the Motion should be and hereby is **denied**. The Court will allow the parties to conduct discovery relative to the class action determination for sixty (60) days from the date of the entry of this order. Following the expiration of this sixty (60) day period, the Court will immediately set a date for an evidentiary hearing on Plaintiff's Motion for Class Certification.

**IT IS SO ORDERED** this 17th day of August, 2005.

           /s/ Harry F. Barnes
           Hon. Harry F. Barnes
           U.S. District Court