IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**ANTHONY ALLEN WOOD,** et al.                            **PLAINTIFFS**

**VS.**                      **Case No. 05-CV-1011**
                            **Case No. 05-CV-1037**

**TERIS, LLC**                                                                 **DEFENDANT**

## **ORDER**

Federal Rule of Civil Procedure 42(a) provides "when actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary cost and delay." A motion to consolidate is not required and the court may order consolidation on its own initative. Wright, Miller & Kane, Federal Practice and Procedure: Civil 3d § 2383.

The cases <u>Anthony Allen Wood, et al., v. Teris, LLC</u>, Case No. 05-CV-1011 and <u>Keithton Nunn v. Teris, LLC</u>, Case No. 05-CV-1037 involve common questions of law and fact. Pursuant to Rule 42(a), the cases <u>Anthony Allen Wood, et al., v. Teris, LLC</u>, Case No. 05-CV-1011 and <u>Keithton Nunn v. Teris, LLC</u>, Case No. 05-CV-1037 are hereby **consolidated**. <u>Anthony Allen Wood, et al., v. Teris, LLC</u>, Case No. 05-CV-1011 shall be the lead case and the attorneys shall file all documents under that caption. All deadlines are reset consistent with the Final Scheduling Order in <u>Keithton Nunn v. Teris, LLC</u>, Case No. 05-CV-1037.

**IT IS SO ORDERED** this 22nd day of August, 2005.

                                           /s/ Harry F. Barnes
                                           Hon. Harry F. Barnes
                                           U.S. District Court