IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY ALLEN WOOD, MICHAEL
P. MEANS, COLLEEN MEANS, and
KEIHTON NUNN, as individual parties,
as private attorney generals, and as class
representatives                                                                                    PLAINTIFFS

VS.                                         Case No. 05-1011

TERIS, LLC a/k/a Ensco, Inc.                                                              DEFENDANT

## ORDER

For reasons discussed in the Memorandum Opinion of even date, the Court finds it lacks jurisdiction of this civil action under 28 U.S.C. § 1332(a), (d), and that this case should be and hereby is remanded to the Circuit Court of Union County, Arkansas.

IT IS SO ORDERED, this 26th day of July, 2006.

                                                          /s/ Harry F. Barnes
                                                          Hon. Harry F. Barnes
                                                          U.S. District Court